IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TRAVELERS INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1252C<br>(Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DORIS S. FINNERMAN attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Attention: Classification Unit
8th Floor

s/ Doris S. Finnerman

DORIS S. FINNERMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tele: (202) 307-0300
Fax: (202) 305-7643

Dated: January 3, 2006