IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1252

(Filed: February 1, 2006)

| | |
|---|---|
| THE TRAVELERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

It is hereby **ORDERED** that:

A hearing on the Joint Motion to Stay Proceedings shall be held on February 13, 2006, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, DC. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

s/ Charles F. Lettow
Charles F. Lettow
Judge