IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1252C

(Filed: February 2, 2006)

TRAVELERS INSURANCE COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The complaint in this action was filed on December 2, 2005, even though the complaint was not accompanied by a corporate disclosure statement as required by Rule 7.1 of the Rules of the Court of Federal Claims ("RCFC"). That defect must be remedied.

Plaintiff is a "nongovernmental corporate party" to this action, and accordingly it has the obligation to "file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stocks or states that there is no such corporation." RCFC 7.1(a). That statement should be filed in connection with plaintiff's first pleading, which in this instance is its complaint. RCFC 7.1(b)(1).

Plaintiff shall file such a statement on or before February 10, 2006.

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge