IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1252C

| | |
|---|---|
| TRAVELERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

COMES NOW Plaintiff, The Travelers Insurance Company, successor in interest by merger to Gulf Insurance Company, by counsel, and pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, and for its Disclosure Statement states that it is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc.

Dated: February 7, 2006

Respectfully submitted,

s/Robert G. Barbour

Robert G. Barbour, Esquire
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102-5104
(703) 749-1000 (Telephone)
(703) 893-8039 (Facsimile)

Attorneys for Plaintiff
The Travelers Insurance Company