IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1252C

(Filed: February 13, 2006)

TRAVELERS INSURANCE COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a Joint Motion to Stay Proceedings. A hearing on the motion was held on February 13, 2006. For the reasons stated on the record, the motion is DENIED.

The court, in consultation with the parties, adopts the following schedule for further proceedings in this case:

| Activity | Date |
|---|---|
| Plaintiff's Motion for Summary Judgment predicated upon a Stipulation of Facts | March 10, 2006 |
| Defendant's Cross-Motion and Response to Plaintiff's Motion for Summary Judgment | April 10, 2006 |
| Plaintiff's Response to Defendant's Cross-Motion and Reply | April 28, 2006 |
| Defendant's Reply | May 12, 2006 |
| Hearing by telephonic means | May 31, 2006 at 10:00 a.m. |

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge