IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1252C

(Filed: May 4, 2006)

TRAVELERS INSURANCE COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed May 3, 2006. Defendant seeks an additional seven days to file its reply in support of its cross-motion for summary judgment. For good cause shown, the motion is GRANTED. Defendant's reply is now due on or before May 19, 2006.

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge