**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE TRAVELERS INSURANCE COMPANY, Successor in Interest by Merger to GULF INSURANCE COMPANY<br>P.O. Box 131771<br>Dallas, TX 75313,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 05-1252C** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION TO AMEND COMPLAINT TO CORRECT PARTY NAME**

Plaintiff, The Travelers Insurance (sic) Company, Successor in Interest by Merger to Gulf Insurance Company, through undersigned counsel and pursuant to United States Court of Federal Claims Rule ("RCFC") 15(a), respectfully moves this Court for leave to amend its Complaint in this matter to correct an inadvertent mistake.

This amendment seeks to correct a deficiency in the original pleading with regard to Plaintiff's proper, corporate name. In this regard, Plaintiff's proper name is **The Travelers Indemnity Company, Successor in Interest by Merger to Gulf Insurance Company**. The word "Insurance" was inadvertently substituted for "Indemnity" in the initial pleading. The requested amendment merely corrects a pleading defect and does not affect the substantive rights of the parties. Consonant with RCFC 15(a), which provides that "leave shall be freely given when justice so requires," Plaintiff requests that this Court permit this amendment in the interest of accuracy of the pleadings. Plaintiff's counsel has discussed this motion with Defendant's

counsel, who has no objection to this motion. A corrected copy of the Complaint reflecting Plaintiff's proper name is attached hereto as Attachment A.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant its Motion to Amend the Complaint to Correct Party Name and order that all future references to Plaintiff by the parties and this Court be made in its proper name, The Travelers Indemnity Company, Successor in Interest by Merger to Gulf Insurance Company.

Dated: May 31, 2006.

Respectfully submitted,

/s Robert G. Barbour

Robert G. Barbour, Esquire
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102-5104
(703) 749-1000 (Telephone)
(703) 893-8039 (Facsimile)

*Attorney for Plaintiff*
*The Travelers Indemnity Company,*
*Successor in Interest by Merger to*
*Gulf Insurance Company*

CERTIFICATE OF FILING

I hereby certify that on this 31st day of May 2006, a copy of foregoing MOTION TO AMEND COMPLAINT TO CORRECT PARTY NAME was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Robert G. Barbour

Doris S. Finnerman, Attorney
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530