IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1252C

(Filed: June 2, 2006)

TRAVELERS INSURANCE COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion to Amend Complaint to Correct Party Name, filed May 31, 2006. Plaintiff seeks to change its name to "The Travelers Indemnity Company, Successor in Interest by Merger to Gulf Insurance Company." The government does not oppose this motion. For good cause shown, the motion is GRANTED. The clerk is directed to change plaintiff's name as indicated above and to change the caption of this action to reflect such a change.

It is hereby ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge