# In the United States Court of Federal Claims

**No. 05-1252 C**

**THE TRAVELERS INDEMNITY COMPANY, SUCCESSOR IN INTEREST BY MERGER TO GULF INSURANCE COMPANY,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the Published Opinion and Order, filed July 26, 2006, denying defendant's motion to dismiss, and granting plaintiff's motion for judgment on stipulated facts,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $32,718.99. No interest is awarded. Plaintiff is awarded costs.

Brian Bishop
Clerk of Court

**July 27, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.