# United States Court of Federal Claims

717 Madison Place, N.W.
Washington, DC 20005

July 28, 2006

Robert Galen Barbour
Watt, Tieder & Hoffar
8405 Greensboro Drive
Suite 100
McLean, VA 22102

In re: The Travelers Indemnity Company v. United States, No. 05-1252 C

Dear Mr. Barbour:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 27, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

s/ Mark Busby

Mark Busby
Senior Docket Clerk

Enclosures
cc: Doris Susan Finnerman, Esq.