IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE TRAVELERS INSURANCE CO., Plaintiff, | ) | |
| v. | ) | No. 05-1252C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KIRK T. MANHARDT attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Attention: Classification Unit
8th Floor

s/Kirk T. Manhardt
KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tele: (202) 353-0541
Fax: (202) 305-7643

Dated: September 15, 2006

CERTIFICATE OF FILING

I hereby certify that on September 15, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt