ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 19 2006
U.S. COURT OF FEDERAL CLAIMS

THE TRAVELERS INDEMNITY COMPANY, )
)
Plaintiff, )
)
v. ) No. 05-1252C
) (Judge Lettow)
THE UNITED STATES, )
)
)
Defendant. )

## NOTICE OF APPEAL

Notice is hereby given that the United States in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on July 27, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 305-7643

Attorneys for Defendant

September 19, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of September 2006, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "NOTICE OF APPEAL" addressed as follows:

Robert G. Barbour
Watt, Teiter, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive
Suite100
McLean, VA 22102

[signature]