The Travelers Indemnity Company v. United States, No. 05-1252C

ATTACHMENTS
TO
DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM JUDGMENT

Attachment 1

JPMorganChase

September 29, 2007 through October 31, 2(
Primary Account: **00031204743956(**

ACCOUNT # 00031204743

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS

150
1-2/210

| Case | Debtor |
|---|---|
| 04-18802 WCH | M.J.H. LEASING, INC. |
| 312047439566 | M.A.T. MARINE, INC. |
| COMBINED CHECK FOR CLAIMANT | |

TID #410260
David B. Madoff
124 Washington Street
Suite 202
Foxboro MA 02035

Date 10/18/2007 $ *****370,845.13

---Three Hundred Seventy Thousand Eight Hundred Forty-Five Dollars and 13/100

Pay to the Order of
Gulf Insurance Company
Packer And Movitz, P.C.
11 Beacon Street, Suite 615
Boston MA 02108

David B. Madoff

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000150⑈ ⑆021000021⑆ 312047439566⑈ ⑈0037084513⑈

1008570109440 OCT 30 #0000000150 $370,845.13

Pay to the Order of Citizens Bank
PACKER AND MOVITZ, P.C.
IOLTA Client Trust Account
1104011229

008570109440 OCT 30 #0000000150 $370,845.13

~~Davidson, J.~~
Manhardt, K. 10124

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5143

THE TRAVELERS INDEMNITY COMPANY,
successor in interest by merger to Gulf Insurance Company,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in
05-CV-1252, Judge Charles F. Lettow.

ON MOTION

RECEIVED
2008 JAN -9 P 1:17
CASE PROCESSING UNIT
CIVIL DIVISION/OIL

Before MICHEL, Chief Judge, LOURIE and LINN, Circuit Judges.

LOURIE, Circuit Judge.

ORDER

The United States submits a status report and moves to remand this case to the United States Court of Federal Claims with instructions for the trial court to vacate its judgment in Travelers Indemnity Co. v. United States, No. 05-1252 (July 27, 2006), and dismiss the complaint. The United States indicates that The Travelers Indemnity Company consents.

The court agrees that it is appropriate to remand. However, to the extent that the parties seek vacatur of the trial court's judgment, they should seek that relief from the trial court. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18 (1994).

**Attachment 2**

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
CB

Accordingly,

IT IS ORDERED THAT:

The motion to remand is granted to the extent set forth above.

FOR THE COURT

JAN - 9 2008

Date

Alan D. Lourie
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN - 9 2008
JAN HORBALY
CLERK

cc: Robert G. Barbour, Esq.
Kirk T. Manhardt, Esq.

s17

ISSUED AS A MANDATE: JAN - 9 2008