NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JAN 9 2008
U.S. COURT OF FEDERAL CLAIMS

2006-5143

THE TRAVELERS INDEMNITY COMPANY,
successor in interest by merger to Gulf Insurance Company,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in
05-CV-1252, Judge Charles F. Lettow.

ON MOTION

Before MICHEL, Chief Judge, LOURIE and LINN, Circuit Judges.

LOURIE, Circuit Judge.

## ORDER

The United States submits a status report and moves to remand this case to the United States Court of Federal Claims with instructions for the trial court to vacate its judgment in Travelers Indemnity Co. v. United States, No. 05-1252 (July 27, 2006), and dismiss the complaint. The United States indicates that The Travelers Indemnity Company consents.

The court agrees that it is appropriate to remand. However, to the extent that the parties seek vacatur of the trial court's judgment, they should seek that relief from the trial court. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18 (1994).

19/20

Accordingly,

IT IS ORDERED THAT:

The motion to remand is granted to the extent set forth above.

FOR THE COURT

JAN - 9 2008

Date

Alan D. Lourie
Circuit Judge

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN - 9 2008

JAN HORBALY
CLERK

cc: Robert G. Barbour, Esq.
Kirk T. Manhardt, Esq.

s17

ISSUED AS A MANDATE: JAN - 9 2008