# In the United States Court of Federal Claims

**No. 05-1252 C**

**THE TRAVELERS INDEMNITY COMPANY,**
**SUCCESSOR IN INTEREST BY MERGER**
**TO GULF INSURANCE COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed April 2, 2008, granting the government's motion for relief from judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

John S. Buckley
Acting Clerk of Court

**April 2, 2008** By: s/Lisa L. Reyes

Deputy Clerk